SIBYLLA M. HOFMANN, Respondent, v. MAX HOFMANN, Appellant.— Order modified by reducing amount of alimony to be paid to the plaintiff for her support and maintenance and for the maintenance of the child of the parties to the sum of $25 per week, and the amount of counsel fee to the sum of $150, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of CEDAR AVE. REALTY Co., INC., Appellant, against WILLIAM J. FLYNN, Commissioner of Public Works, and HENRY BRUCKNER, President of the Borough of The Bronx, Respondents. PATRICK R. O'CONNOR, Intervenor, Respondent.— Order reversed, with twenty dollars costs and disbursements to the appellant against the intervenor, respondent, and the motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

BROADWAY SURFACE ADVERTISING CORPORATION, Appellant, v. OAKITE PRODUCTS, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

EASTERN ADVERTISING COMPANY, Appellant, v. OAKITE PRODUCTS, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

COLLIER SERVICE CORPORATION, Appellant, v. OAKITE PRODUCTS, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

STREET RAILWAYS ADVERTISING COMPANY, Appellant, v. OAKITE PRODUCTS, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

WEISSMAN TRADING CORPORATION, Respondent, v. MILLANS REALTY CORPORATION and Others, Appellants, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the INDEPENDENT MUTUAL CASUALTY COMPANY, Respondent. BENJAMIN RUBEN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.